

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Christopher Bennett Wooten,    * From the 118th District Court
               of Howard County,
               Trial Court No. 14804.

Vs. No. 11-16-00250-CR     * September 22, 2016

The State of Texas,       * Per Curiam Memorandum Opinion
               (Panel consists of: Wright, C.J.,
               Willson, J., and Bailey, J.)

   This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed.